## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

BRADFORD VANIVER,          :

                              :     CIVIL ACTION NO. 07-cv-3818

             Plaintiffs,     :

                              :

               v.           :

AMERICAN MAINTENANCE     :

PRODUCTS, INC. GROUP LONG TERM     :

DISABILITY POLICY     :

STANDARD INSURANCE COMPANY,     :

                              :

           Defendants.     :

                              :

## DISCLOSURE STATEMENT FORM

Please check one box:

☐      The nongovernmental corporate party, American Maintenance Products, Inc.
Group Long Term Disability Policy, in the above listed civil action does not have
any parent corporation and publicly held corporation that owns 10% or more of its
stock.

☒      The nongovernmental corporate party, Standard Insurance Company, in the above
listed civil action has the following parent corporation(s) and publicly held
corporation(s) that owns 10% or more of its stock:

      StanCorp Financial Group, Inc.

Dated:  November 30, 2007          **STEVENS & LEE**

                              By:_____

                              E. Thomas Henefer
                              Attorney I.D. No. 55773
                              Kirk L. Wolgemuth
                              Attorney I.D. No. 45792
                              111 North Sixth Street
                              P.O. Box 679
                              Reading, PA  19603-0679
                              (610) 478-2223

                          Counsel for Standard Insurance Company

## CERTIFICATE OF SERVICE

I, KIRK L. WOLGEMUTH, ESQUIRE, certify that on this date, Defendants' Disclosure Statement Form was filed electronically and it is available for review electronically.  I also served a certified true and correct copy of the foregoing Disclosure Statement Form upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

Mark Seltzer, Esquire
121 South Broad Street, Ninth Floor
Philadelphia, Pennsylvania  19107

Dated:  November 30, 2007

Kirk L. Wolgemuth, Esquire