UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADFORD VANIVER, : | CIVIL ACTION NO. 07-cv-3818 |
| Plaintiffs, : | |
| : | |
| v. : | |
| AMERICAN MAINTENANCE : | |
| PRODUCTS, INC. GROUP LONG TERM : | |
| DISABILITY POLICY : | |
| STANDARD INSURANCE COMPANY, : | |
| : | |
| Defendants. : | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒  The nongovernmental corporate party, American Maintenance Products, Inc. Group Long Term Disability Policy, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

StanCorp Financial Group, Inc.

Dated: November 30, 2007

**STEVENS & LEE**

By: _____
E. Thomas Henefer
Attorney I.D. No. 55773
Kirk L. Wolgemuth
Attorney I.D. No. 45792
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679
(610) 478-2223

Counsel for Standard Insurance Company

# CERTIFICATE OF SERVICE

I, KIRK L. WOLGEMUTH, ESQUIRE, certify that on this date, Defendants' Disclosure Statement Form was filed electronically and it is available for review electronically. I also served a certified true and correct copy of the foregoing Disclosure Statement Form upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

>Mark Seltzer, Esquire
>121 South Broad Street, Ninth Floor
>Philadelphia, Pennsylvania 19107

Dated: November 30, 2007

_____
Kirk L. Wolgemuth, Esquire